UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY HERBERT,<br><br>                          Plaintiff,<br><br>    v.<br><br>KING COUNTY, et al.,<br><br>                         Defendants. | CASE NO. C17-1246-JLR<br><br>ORDER RE: IFP APPLICATION |

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is incomplete, as it does not include the second page of the Court's IFP form. The Clerk is directed to send a copy of this Court's IFP application form to plaintiff, and plaintiff is directed to file the signed and dated form within **twenty (20) days** of the date of this Order.

DATED this 13th day of September, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: IFP APPLICATION
PAGE - 1