UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>        Plaintiff,<br><br> v.<br><br>KING COUNTY, et al.,<br><br>        Defendants. | CASE NO. C17-1246-JLR<br><br>ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

  Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 6.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 6) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

  DATED this 3rd day of October, 2017.

                           /s/ Mary Alice Theiler
                           Mary Alice Theiler
                           United States Magistrate Judge

ORDER
PAGE - 1