UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY HERBERT,<br><br>               Plaintiff,<br>v.<br><br>KING COUNTY, et al.,<br><br>               Defendants. | CASE NO. C17-1246JLR<br><br>ORDER OF DISMISSAL |

On October 30, 2017, the court dismissed Plaintiff Anthony Herbert's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). (Order (Dkt. # 10)); *see* 28 U.S.C. § 1915(e)(2)(B). The court allowed Mr. Herbert 14 days to amend the claims against Defendants King County and public defender Kristin Shotwell. (Order at 6-7.) The court indicated that if Mr. Herbert failed to file an amended complaint within the time allowed, the court would dismiss his complaint without leave to amend. (*Id.* at 7.) That deadline has now passed, and Mr. Herbert has not timely amended his complaint. (*See* Dkt.)

//

1 | Accordingly, the court DISMISSES Mr. Herbert's complaint without leave to amend and
2 | without prejudice.
3 | Dated this 26 day of November, 2017.

JAMES L. ROBART
United States District Judge